**RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE**

UNITED STATES OF AMERICA

vs

CHRISTOPHER FURMAN

| | |
|---|---|
| MAGISTRATE JUDGE'S DOCKET NO. | |
| DATE OF COMPLAINT | |
| CRIMINAL DOCKET NO. | 2:26-cr-00055 |
| DATE OF INDICTMENT | 3/17/2026 |
| ORIGINATING DISTRICT (if applicable) | |

DATE ARRESTED:    3/19/2026

### INITIAL APPEARANCE

| Presiding | X | BROWN | | DODGE | Date: | 3/19/2026 | CD # | |
| Magistrate | | KELLY | | LANZILLO | Time: | 3:28 pm – 3:39 pm | Court Reporter: | |
| Judge | | PESTO | | TAYLOR | | | | |

U. S. ATTORNEY:    BRENDAN MCKENNA, ESQ.          INTERPRETER:

**1. RIGHTS EXPLAINED**

[ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

[X] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION**

[ ] Read    [X] Summarized    [ ] Reading waived

[ ] Defendant provided with a copy of the charges

[X] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

[X] Read    [ ] Summarized    [ ] Reading waived

**4. COUNSEL**

[X] Defendant requested appointment          [ ] Defendant waived appointment

[X] Defendant represented by:    JAKE MORRISON, ESQ., for today's proceeding only

[ ] Defendant expects to retain:

[X] Affidavit executed.

[ ] Not Qualified    [X] Qualified    [ ] With possible requirement for partial or full payment

[ ] Federal Public Defender appointed

[X] CJA Panel Attorney    FRANK WALKER, ESQ.    appointed

**5. BAIL**

Recommended Bond:    $100,000.00

Bond Set at:    As Recommended

[X] By Consent    [X] Additional Conditions Imposed:    See Order Setting Conditions of Release

[ ] By Magistrate Judge

[ ] Temporary Commitment issued    [ ] Final Commitment issued

Bond/Detention Hearing set for:

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Arraignment set for: ___3/25/2026 at 9:30 AM_____ ____ before Magistrate Judge __Dodge_____.

WDPA Rev 06/24